UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:04-CR-114-001 |
| | ) | |
| vs. | ) | |
| | ) | EDGAR / CARTER |
| CLIFFORD DALE VISAGE | ) | |

MEMORANDUM AND ORDER

CLIFFORD DALE VISAGE ("SUPERVISED RELEASEE) appeared for a hearing before the undersigned on September 22, 2010, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition"). Those present for the hearing included:

(1)  An Assistant United States Attorney for the Government;
(2)  Supervised releasee.
(3)  Attorney Mike Caputo for the Supervised Releasee.

After being sworn in due form of law, the Supervised Releasee was informed or reminded of his privilege against self-incrimination accorded him under the Fifth Amendment to the United States Constitution. Attorney Mike Caputo was present as retained counsel for defendant. It was determined that Supervised Releasee had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Supervised Releasee be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier. Supervised Releasee waived his right to a preliminary hearing and detention hearing.

Findings

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Supervised Releasee has committed violations of his condition of supervised release as alleged in the Petition.

Conclusions

It is ORDERED:

(1) Supervised Releasee shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that defendant be DETAINED WITHOUT BAIL

pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport Supervised Releasee to a revocation hearing before Judge Collier on **October 21, 2010 at 2:00 p.m.**

ENTER.

                                        s/*Susan K. Lee*
                                        SUSAN K. LEE
                                        UNITED STATES MAGISTRATE JUDGE