UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF TENNESSEE

    REPRESENTING MYSELF, I AM FILING THIS MOTION, ON BEHAVE OF CLIFFORD DALE VISAGE, CASE # 1:04-CR-114-001, ASKING THE TO HEAR REASONABLE ARGUEMENTS FOR THE REMOVAL OF LIFE TIME SUPERVISION

    RESPECTFULLY SUBMITTED,

*Clifford D. Visage*

CLIFFORD D. VISAGE
DATED: JANUARY, 29TH 2018

**FILED**

JAN 29 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

140 COUNTY ROAD 682
RICEVILLE, TN. 37370